# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE DISABILITY
DOUGLAS L. MONSON, BAR NO. 7829.

No. 76630

FILED

SEP 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER TRANSFERRING ATTORNEY TO DISABILITY INACTIVE STATUS

The State Bar and attorney Douglas Monson have petitioned this court for an order transferring Monson to disability inactive status. *See* SCR 117(2). Having reviewed the petition and supporting documents, we conclude that the relief requested in the petition is warranted under the circumstances. Accordingly, Monson is transferred to disability inactive status. He may not resume active status until he files a petition for reinstatement as provided in SCR 117(4) and is reinstated by order of this court. In light of this order, any pending disciplinary proceedings against Monson are suspended. SCR 117(2).

Monson shall comply with SCR 115 as required by SCR 117(7), if he is able to do so. If Monson is unable to comply with SCR 115 or fails to do so, bar counsel shall proceed under SCR 118. *See* SCR 117(7). The

18-37014

State Bar shall comply with SCR 121.1 and bar counsel shall provide this court with proof that notice has been served.[1]

It is so ORDERED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Bar Counsel, State Bar of Nevada
      SmithMonson LLC
      Executive Director, State Bar of Nevada
      Admissions Office, United States Supreme Court

_____

[1]This order shall be public, but all other documents and proceedings in connection with this petition shall remain confidential, unless Monson waives confidentiality. SCR 121(7).

This order constitutes our final disposition of this petition. Any further proceedings shall be docketed under a new docket number.